DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANA M. RAMIREZ,**
Appellant,

v.

**WELLS FARGO BANK,** N.A.,
Appellee.

No. 4D15-4626

[November 9, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lynn Rosenthal, Judge; L.T. Case No. CACE10044390.

Jonathan Kline, Jonathan Kline, P.A., Weston, for appellant.

Kimberly S. Mello, Greenberg Traurig, P.A., Tampa, and Michele Stocker, Greenberg Traurig, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***